# Notice Recipients

District/Off: 0207−8  User: rmatray  Date Created: 1/9/2020
Case: 8−20−70162−ast  Form ID: 309A  Total: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Kelley Andree Raphael | 1517 Broadway | Hewlett, NY 11557 | | |
| tr | Allan B. Mendelsohn | Allan B. Mendelsohn, LLP | 38 New Street | Huntington, NY 11743 | |
| aty | Paris Gyparakis | Rosen & Associates, P.C. | 735 Third Avenue | New York, NY 10017 | |
| aty | Sanford P Rosen | Rosen & Associates, P.C. | 747 Third Avenue | New York, NY 10017−2803 | |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | NYC Department of Finance | 345 Adams Street | Office of Legal Affairs | Brooklyn, NY 11201−3719 | |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza | Central Islip, NY 11722−4437 |
| 9770448 | Ally Bank | 6985 Union Park Center, S | Midvale, UT 84047 | | |
| 9770449 | Automotive Finance Corp. | 13085 Hamilton Xing. Blvd | Ste 300 | Carmel, IN 46032 | |
| 9770450 | Bank of America, N.A. | P.O. Box 15019 | Wilmington, DE 19886−5019 | | |
| 9770451 | Barclays | P.O. Box 13337 | Philadelphia, PA 19101−3337 | | |
| 9770452 | Capital One | P.O. Box 71083 | Charlotte, NC 28272−1083 | | |
| 9770453 | CitiCards | Processing Center | Des Moine, IA 50363−0005 | | |
| 9770454 | Citizens Bank N.A. | 1 Citizens Drive, ROP30B | Riverside, RI 02915 | | |
| 9770455 | Fidelity | 900 Salem Street | Smithfield, RI 02917 | | |
| 9770456 | Fleetway Leasing Co. | 336 West Street Rd. | Feasterville−Trevose, PA 19053 | | |
| 9770457 | GM Financial, Inc. | 4001 Embarcadero Drive | Arlington, PA 76014 | | |
| 9770458 | JPMorgan Chase Bank, N.A. | Bankruptcy Records Center | 700 Kansas Lane | Monroe, LA 71203−4774 | |
| 9770459 | LoanCare LLC | P.O. Box 37628 | Philadelphia, PA 19101−0628 | | |
| 9770461 | NYS Tax Commission | Special Procedures Sec. | Albany, NY 12227 | | |
| 9770460 | NextGear Capital Inc. | 1320 City Center Drive | Carmel, IN 46032 | | |
| 9770462 | Synchrony Bank | 170 Election Road | Ste 125 | Draper, UT 84020 | |
| 9770463 | Wells Fargo Bank, N.A. | P.O. Box 11758 | Newark, NJ 07101−4758 | | |

TOTAL: 24