```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                              Case No. 20-70162-ast
Kelley Andree Raphael                                               Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8           User: rmatray              Page 1 of 1                Date Rcvd: Jan 09, 2020
                               Form ID: 263               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db             +Kelley Andree Raphael,    1517 Broadway,    Hewlett, NY 11557-1427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
        Allan B. Mendelsohn    amendelsohn@amendelsohnlaw.com,  amendelsohn@ecf.axosfs.com
        Paris Gyparakis    on behalf of Debtor Kelley Andree Raphael pgyparakis@rosenpc.com,
         pgyparakis@counsellor.com
        Sanford P Rosen   on behalf of Debtor Kelley Andree Raphael srosen@rosenpc.com,
         pgyparakis@rosenpc.com
        United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                           TOTAL: 4

**Information to identify the case:**

Debtor  **Kelley Andree Raphael**
Name

EIN _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court  **Eastern District of New York**

Case number:  **8–20–70162–ast**

Date case filed for chapter  **7   1/8/20**

# NOTICE OF FAILURE TO PAY FILING FEES IN CONNECTION WITH ELECTRONICALLY FILED BANKRUPTCY PETITION

## NOTICE TO DEBTOR

**NOTICE IS HEREBY GIVEN THAT:**

The filing fee in the amount of $335.00 was not paid at the time of filing of the above–referenced bankruptcy case.

The fee must be paid in full within five (5) days of the date of this Notice, or your bankruptcy case may be dismissed.

Dated: January 9, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**blpff2**[Notice to Debtor Re: Failure to Pay Filing Fees Electronically rev. 06/16/17]