# ATTACHMENT 3

**Amended Creditor Matrix**

**United States Bankruptcy Court**
**Eastern District of New York**

In re  **Kelley Andree Raphael**  Case No. **20-70162 (AST)**
Debtor(s)  Chapter **7**

# VERIFICATION OF AMENDED CREDITOR MATRIX

The above named debtor hereby verifies that the attached amended creditor matrix (list of creditors) is true and correct to the best of her knowledge.

Date: **January 23, 2020**    **/s/ Kelley Andree Raphael**
**Kelley Andree Raphael**
Signature of Debtor

Date: **January 23, 2020**    **/s/ Paris Gyparakis**
Signature of Attorney
**Paris Gyparakis**
**Rosen & Associates, P.C.**
**747 Third Avenue, Floor 20**
**New York, NY 10017-2803**
**(212) 223-1100**

USBC-44

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

ALLY FINANCIAL
P.O. BOX 380903
MINNEAPOLIS, MN 55438-0903

AMERICAN EXPRESS
43 BUTTERFIELD CIRCLE
EL PASO, TX 79906

AUTOSOURCE I, INC.
1225 FRANKLIN AVENUE, STE 325
GARDEN CITY, NY 11530

DISCOVER BANK
P.O. BOX 8003
HILLIARD, OH 43026

ELAN FINANCIAL SERVICES
800 NICOLLET MALL
MINNEAPOLIS, MN 55402