# Notice Recipients

District/Off: 0207−8   User: admin   Date Created: 02/26/2020
Case: 8−20−70162−ast   Form ID: 178   Total: 35

**Recipients of Notice of Electronic Filing:**
aty   Fred S Kantrow   fkantrow@rkdlawfirm.com
aty   Paris Gyparakis   pgyparakis@rosenpc.com
aty   Sanford P Rosen   srosen@rosenpc.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Kelley Andree Raphael   1517 Broadway   Hewlett, NY 11557
tr   Allan B. Mendelsohn   Allan B. Mendelsohn, LLP   38 New Street   Huntington, NY 11743
smg   NYS Department of Taxation & Finance   Bankruptcy Unit   PO Box 5300   Albany, NY 12205
smg   NYS Unemployment Insurance   Attn: Isolvency Unit   Bldg. #12, Room 256   Albany, NY 12240
smg   NYC Department of Finance   345 Adams Street   Office of Legal Affairs   Brooklyn, NY 11201−3719
smg   United States Trustee   Office of the United States Trustee   Long Island Federal Courthouse   560 Federal Plaza   Central Islip, NY 11722−4437
9779678   ALLY FINANCIAL   P.O. BOX 380903   MINNEAPOLIS, MN 55438−0903
9779679   AMERICAN EXPRESS   43 BUTTERFIELD CIRCLE   EL PASO, TX 79906
9779680   AUTOSOURCE I, INC.   1225 FRANKLIN AVENUE, STE 325   GARDEN CITY, NY 11530
9770448   Ally Bank   6985 Union Park Center, S   Midvale, UT 84047
9779714   Ally Bank   P.O. Box 380903   Minneapolis, MN 55438−0903
9796227   Ally Bank   PO Box 130424   Roseville, MN 55113−0004
9770449   Automotive Finance Corp.   13085 Hamilton Xing. Blvd   Ste 300   Carmel, IN 46032
9770450   Bank of America, N.A.   P.O. Box 15019   Wilmington, DE 19886−5019
9770451   Barclays   P.O. Box 13337   Philadelphia, PA 19101−3337
9770452   Capital One   P.O. Box 71083   Charlotte, NC 28272−1083
9770453   CitiCards   Processing Center   Des Moine, IA 50363−0005
9779715   Citibank N.A.   241 Broadway   Amityville, NY 11701
9770454   Citizens Bank N.A.   1 Citizens Drive, ROP30B   Riverside, RI 02915
9779681   DISCOVER BANK   P.O. BOX 8003   HILLIARD, OH 43026
9779682   ELAN FINANCIAL SERVICES   800 NICOLLET MALL   MINNEAPOLIS, MN 55402
9770455   Fidelity   900 Salem Street   Smithfield, RI 02917
9770456   Fleetway Leasing Co.   336 West Street Rd.   Feasterville−Trevose, PA 19053
9770457   GM Financial, Inc.   4001 Embarcadero Drive   Arlington, PA 76014
9770458   JPMorgan Chase Bank, N.A.   Bankruptcy Records Center   700 Kansas Lane   Monroe, LA 71203−4774
9770459   LoanCare LLC   P.O. Box 37628   Philadelphia, PA 19101−0628
9773859   LoanCare, LLC   Gross Polowy, LLC   1775 Wehrle Drive, Suite 100   Williamsville, New York 14221
9779716   NYC Department of Finance   1 Centre Street, Fl. 22   New York, NY 10007
9770461   NYS Tax Commission   Special Procedures Sec.   Albany, NY 12227
9770460   NextGear Capital Inc.   1320 City Center Drive   Carmel, IN 46032
9770462   Synchrony Bank   170 Election Road   Ste 125   Draper, UT 84020
9770463   Wells Fargo Bank, N.A.   P.O. Box 11758   Newark, NJ 07101−4758

TOTAL: 32