

## Rosen & Kantrow

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
atsionis@rkdlawfirm.com

| | |
|---|---|
| AVRUM J. ROSEN<br>FRED S. KANTROW<br><br>------------<br><br>DEBORAH L. DOBBIN<br>NICO G. PIZZO<br>ALEX E. TSIONIS+<br>(+ *also admitted in New Jersey*) | ALLAN B. MENDELSOHN *<br>MICHAEL J. O'SULLIVAN*<br>(* *of counsel*) |

March 30, 2020

**VIA CM/ECF**
Hon. Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      **Re:**    *In re Kelley Andree Raphael fka Kelley Andree Stubbs*
              *dba A Writer's Anointed Ink LLP dba Autosource 1 Inc.*, **20-70162-ast**

Honorable Sir:

      The undersigned is counsel to Allan B. Mendelsohn, the Chapter 7 Trustee in the above-referenced case.

      Please allow this letter to confirm that the Trustee's *Notice of Proposed Stipulation to Extend Time to Object to the Debtor's Discharge/Dischargeability* [Doc. No. 30] is hereby withdrawn. The Trustee has filed a corrected *Notice of Proposed Stipulation to Extend Time to Object to the Debtor's Discharge/Dischargeability* [Doc. No. 31].

      I thank the Court for its kind attention in this matter. Should the Court have any questions or require anything further, please do not hesitate to contact the undersigned.

                                                        Respectfully submitted,

                                                         */s/ Alex E. Tsionis*
                                                         Alex E. Tsionis

Cc:    All counsel of record (by ECF)