UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re: §
§
RAPHAEL, KELLEY ANDREE § Case No. 820-70162 AST
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    ALLAN B. MENDELSOHN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 227.00<br>*(Without deducting any secured claims)* | Assets Exempt: 678,264.95 |
| Total Distributions to Claimants: 80,123.80 | Claims Discharged<br>Without Payment: 2,062,069.28 |
| Total Expenses of Administration: 26,203.20 | |

    3) Total gross receipts of $ 106,327.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 106,327.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 817,396.38 | $ 15,104.17 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 26,203.20 | 26,203.20 | 26,203.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 97,426.70 | 97,426.70 | 80,123.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 785,977.50 | 1,258,788.88 | 1,258,788.88 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,603,373.88 | $ 1,397,522.95 | $ 1,382,418.78 | $ 106,327.00 |

4) This case was originally filed under chapter 7 on 01/08/2020 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/30/2021            By:/s/ALLAN B. MENDELSOHN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estimated refund for tax year endingCombined (fede | 1124-000 | 7,291.00 |
| Estimated refund for tax year endingCombined (fede | 1124-000 | 8,000.00 |
| 118-40 223rd StreetCambria Heights  NY   11411, | 1149-000 | 80,000.00 |
| TAX REFUND | 1224-000 | 11,036.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 106,327.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Bank, N.A. 1 Citizens Drive, ROP30B Riverside, RI 02915 | | 56,221.38 | NA | NA | 0.00 |
| | LoanCare LLC P.O. Box 37628 Philadelphia, PA 19101-0628 | | 374,957.00 | NA | NA | 0.00 |
| | NYC Department of Finance 1 Centre Street, Fl. 22 New York, NY 10007 | | 116,000.00 | NA | NA | 0.00 |
| | Wells Fargo Bank, N.A. P.O. Box 11758 Newark, NJ 07101-4758 | | 270,218.00 | NA | NA | 0.00 |
| 000001 | ALLY BANK | 4210-000 | NA | 15,104.17 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 817,396.38 | $ 15,104.17 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ALLAN B. MENDELSOHN | 2100-000 | NA | 8,566.35 | 8,566.35 | 8,566.35 |
| TRUSTEE EXPENSES:ALLAN B. MENDELSOHN | 2200-000 | NA | 28.85 | 28.85 | 28.85 |
| CLERK OF THE COURT | 2700-000 | NA | 0.00 | 0.00 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 2810-000 | NA | 7,447.00 | 7,447.00 | 7,447.00 |
| NYS INCOME TAX | 2820-000 | NA | 3,245.00 | 3,245.00 | 3,245.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ROSEN & KANTROW, PLLC | 3210-000 | NA | 6,415.00 | 6,415.00 | 6,415.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):ROSEN & KANTROW, PLLC | 3220-000 | NA | 101.00 | 101.00 | 101.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):GARY R. LAMPERT, CPA | 3410-000 | NA | 400.00 | 400.00 | 400.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 26,203.20 | $ 26,203.20 | $ 26,203.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NYC Department of Finance<br>1 Centre Street, 22nd FlNew York, NY 10007 | | 0.00 | NA | NA | 0.00 |
| 000002A | NEW YORK STATE TAX | 5800-000 | NA | 97,426.70 | 97,426.70 | 80,123.80 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 97,426.70 | $ 97,426.70 | $ 80,123.80 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Bank<br>P.O. Box 380903<br>Minneapolis, MN 55438-0903 | | 24,810.20 | NA | NA | 0.00 |
| | Ally Bank<br>P.O. Box 380903<br>Minneapolis, MN 55438-0903 | | 24,810.20 | NA | NA | 0.00 |
| | Ally Bank<br>P.O. Box 380903<br>Minneapolis, MN 55438-0903 | | 3,945.82 | NA | NA | 0.00 |
| | Ally Bank<br>P.O. Box 380903<br>Minneapolis, MN 55438-0903 | | 9,720.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial P.O. Box 380903 Minneapolis, MN 55438-0903 | | 9,720.75 | NA | NA | 0.00 |
| | Ally Financial P.O. Box 380903 Minneapolis, MN 55438-0903 | | 15,104.17 | NA | NA | 0.00 |
| | American Express 43 Butterfield Circle El Paso, TX 79906 | | 23,902.79 | NA | NA | 0.00 |
| | Automotive Finance Corp. 13085 Hamilton Xing. Blvd Carmel, IN 46032 | | 292,592.32 | NA | NA | 0.00 |
| | Bank of America, N.A. P.O. Box 15019 Wilmington, DE 19886-5019 | | 383.29 | NA | NA | 0.00 |
| | Barclays P.O. Box 13337 Philadelphia, PA 19101-3337 | | 362.33 | NA | NA | 0.00 |
| | Capital One P.O. Box 71083 Charlotte, NC 28272-1083 | | 16.00 | NA | NA | 0.00 |
| | Citibank N.A. 241 Broadway Amityville, NY 11701 | | 8,944.68 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Bank<br>P.O. Box 8003 Hilliard, OH 43026 | | 13,452.00 | NA | NA | 0.00 |
| | Elan Financial Services<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | | 17,004.03 | NA | NA | 0.00 |
| | Fidelity<br>900 Salem Street Smithfield, RI 02917 | | 9,080.81 | NA | NA | 0.00 |
| | Fidelity<br>900 Salem Street Smithfield, RI 02917 | | 11,935.91 | NA | NA | 0.00 |
| | Fleetway Leasing Co.<br>336 West Street Rd.<br>Feasterville-Tre, PA 19053 | | 186,993.86 | NA | NA | 0.00 |
| | GM Financial, Inc.<br>4001 Embarcadero Drive<br>Arlington, PA 76014 | | 56,882.88 | NA | NA | 0.00 |
| | GM Financial, Inc.<br>4001 Embarcadero Drive<br>Arlington, PA 76014 | | 57,666.96 | NA | NA | 0.00 |
| | JPMorgan Chase Bank, N.A.<br>700 Kansas Lane Monroe, LA 71203 | | 1,293.70 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JPMorgan Chase Bank, N.A. 700 Kansas Lane Monroe, LA 71203 | | 305.02 | NA | NA | 0.00 |
| | JPMorgan Chase Bank, N.A. 700 Kansas Lane Monroe, LA 71203-4774 | | 17,004.03 | NA | NA | 0.00 |
| | Synchrony Bank Ste 125170 Election Road Draper, UT 84020 | | 45.00 | NA | NA | 0.00 |
| 000006 | AUTOMOTIVE FINANCE CORPORATION | 7100-000 | NA | 368,046.33 | 368,046.33 | 0.00 |
| 000002B | NEW YORK STATE TAX | 7100-000 | NA | 18,571.85 | 18,571.85 | 0.00 |
| 000005 | NEXTGEAR CAPITAL, INC. | 7100-000 | NA | 856,487.95 | 856,487.95 | 0.00 |
| 000004 | U.S. BANK NA | 7100-000 | NA | 15,339.51 | 15,339.51 | 0.00 |
| 000003 | VERIZON | 7100-000 | NA | 343.24 | 343.24 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 785,977.50 | $ 1,258,788.88 | $ 1,258,788.88 | $ 0.00 |

| Case No: | 820-70162 AST Judge: ALAN S. TRUST | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | RAPHAEL, KELLEY ANDREE | Date Filed (f) or Converted (c): | 01/08/20 (f) |
| | | 341(a) Meeting Date: | 02/11/20 |
| For Period Ending: | 01/30/21 | Claims Bar Date: | 05/26/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1517 Broadway, Unit 8 Hewlett NY 11557, Condominiu<br>Debtor Claimed Exemption | 412,729.00 | 0.00 | | 0.00 | FA |
| 2. 118-40 223rd Street Cambria Heights NY 11411,<br>The Debtor settled with the Trustee and redeemed this property from sale by Trustee in return for payment of $80,000.00 free and clear of liens to the estate pursuant to the terms of a stipulation dated June 5, 2020 - with court approval pursuant to order dated July 15, 2020. | 487,457.00 | 80,000.00 | | 80,000.00 | FA |
| 3. 2008 Volvo S80 mileage: 180000<br>Debtor Claimed Exemption | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Bed and box spring, futon, 3 night stands, dressin<br>Debtor Claimed Exemption | 1,750.00 | 0.00 | | 0.00 | FA |
| 5. Two televisions, an entertainment center, laser pr<br>Debtor Claimed Exemption | 650.00 | 650.00 | | 0.00 | FA |
| 6. Paddle ball and paddles, Boflex equipment, exercis | 150.00 | 150.00 | | 0.00 | FA |
| 7. Office attire, outdoor jackets and coats, office s<br>Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 8. Four rings (engagement, marriage, crucifix and eve<br>Debtor Claimed Exemption | 625.00 | 0.00 | | 0.00 | FA |
| 9. Blood pressure wrist monitor, blood glucose monito<br>Debtor Claimed Exemption | 265.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 37.00 | 37.00 | | 0.00 | FA |
| 11. JPMorgan Chase Bank, N.A. | 40.00 | 40.00 | | 0.00 | FA |
| 12. A Writer's Anointed Ink LLC | Unknown | 0.00 | | 0.00 | FA |
| 13. Fidelity<br>Debtor Claimed Exemption | 258,645.95 | 0.00 | | 0.00 | FA |

| Case No: | 820-70162 AST Judge: ALAN S. TRUST | Trustee Name: | ALLAN B. MENDELSOHN |
| --- | --- | --- | --- |
| Case Name: | RAPHAEL, KELLEY ANDREE | Date Filed (f) or Converted (c): | 01/08/20 (f) |
| | | 341(a) Meeting Date: | 02/11/20 |
| | | Claims Bar Date: | 05/26/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Estimated refund for tax year endingCombined (fede | 6,500.00 | 6,500.00 | | 7,291.00 | FA |
| 15. Estimated refund for tax year endingCombined (fede | 6,500.00 | 6,500.00 | | 8,000.00 | FA |
| 16. Unlinquidated claim against Autosource I, Inc. and exemption claimed in any recovery under NY Debtor & Creditor Law Sec. 282(3)((i) and NY Exec Law Sec. 632 | Unknown | 0.00 | | 0.00 | FA |
| 17. TAX REFUND (u) Federal and state tax refunds for 2019 | 0.00 | 0.00 | | 11,036.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $1,178,948.95 | $93,877.00 | | $106,327.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigated for equity/liens in real property located in Cambria Heights, NY, Settlement reached with Debtor whereby she redeemed her interest in the real property and resolved any other claims by the estate against her in return for payment of $80,000.00 to the estate - free and clear of any liens. The Settlement was approved by court order dated July 15, 2020.

Initial Projected Date of Final Report (TFR): 12/31/22    Current Projected Date of Final Report (TFR): 12/31/22

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 820-70162 -AST | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | RAPHAEL, KELLEY ANDREE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0540 Checking Account |
| Taxpayer ID No: | 85-6276626 | | |
| For Period Ending: | 01/30/21 | Blanket Bond (per case limit): | $ 42,742,595.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/04/20 | 14, 15 | Kelley A. Raphael<br>Independent Beauty Consusltant<br>Nassau County, NY 11557 | Tax Refund<br>Turnover of non-exempt 2019 federal and state tax refunds. | 1124-000 | 15,291.00 | | 15,291.00 |
| 06/10/20 | 2 | Rosen & Associates, P.C.<br>Escrow Account Control<br>747 3rd Avenue, 20th Floor<br>New York, NY 10017 | LITIGATION SETTLEMENT PROCEEDS<br>Deposit required to redeem this property from sale by Trustee in return for payment of $80,000.00 to the estate pursuant to the terms of a stipulation dated June 5, 2020 - subject to court approval. | 1149-000 | 40,000.00 | | 55,291.00 |
| 06/17/20 | 17 | Rosen & Associates, P.C.<br>Escrow Account Control<br>747 3rd Avenue, 20th Floor<br>New York, NY 10017 | Tax Refund<br>Federal and state tax refunds for 2019 | 1224-000 | 11,036.00 | | 66,327.00 |
| 07/20/20 | 2 | ROSEN & ASSOCIATES, P.C.<br>Escrow Account Control<br>747 Third Avenue, 20th Floor<br>New York, NY 10017 | LITIGATION SETTLEMENT PROCEEDS<br>Balance of funds required to redeem real property from sale by the Trustee (payment of $80,000.00 free and clear of liens) pursuant to the terms of a stipulation dated June 5, 2020 - with court approval pursuant to order dated July 15, 2020. | 1149-000 | 40,000.00 | | 106,327.00 |
| 08/24/20 | 001001 | UNITED STATES TREASURY<br>C/O INTERNAL REVENUE SERVICE, CIO<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | TAX PAYMENT<br>EIN: 85-6276626<br>2019 FORM 1041 | 2810-000 | | 7,447.00 | 98,880.00 |
| 08/24/20 | 001002 | NEW YORK STATE INCOME TAX<br>FIDUCIARY RETURN UNIT<br>P.O. BOX 61000<br>ALBANY, NY 12261-0001 | TAX PAYMENT<br>TIN: 85-6276626<br>2019 FORM IT-205 | 2820-000 | | 3,245.00 | 95,635.00 |
| 08/24/20 | 001003 | GARY R. LAMPERT, CPA<br>100 MERRICK ROAD, SUITE 211-W<br>ROCKVILLE CENTRE, NY 11570 | ACCOUNTANT FEES<br>pursuant to August 10, 2020 order of retention and August 19, 2020 invoice for preparation of estate tax | 3410-000 | | 400.00 | 95,235.00 |

Page Subtotals 106,327.00 11,092.00

Ver: 22.02h

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 820-70162 -AST | Trustee Name: | ALLAN B. MENDELSOHN |
| --- | --- | --- | --- |
| Case Name: | RAPHAEL, KELLEY ANDREE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0540 Checking Account |
| Taxpayer ID No: | 85-6276626 | | |
| For Period Ending: | 01/30/21 | Blanket Bond (per case limit): | $ 42,742,595.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/15/20 | 001004 | ROSEN & KANTROW, PLLC<br>38 New Street<br>Huntington, NY 11743 | returns<br>ATTORNEY FEES<br>pursuant to order dated December 15, 2020 | 3210-000 | | 6,415.00 | 88,820.00 |
| 12/15/20 | 001005 | ROSEN & KANTROW, PLLC<br>38 New Street<br>Huntington, NY 11743 | ATTORNEY EXPENSES<br>pursuant to order dated December 15, 2020 | 3220-000 | | 101.00 | 88,719.00 |
| 12/15/20 | 001006 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY 11743 | Chapter 7 Compensation/Fees | 2100-000 | | 8,566.35 | 80,152.65 |
| 12/15/20 | 001007 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY 11743 | Chapter 7 Expenses | 2200-000 | | 28.85 | 80,123.80 |
| 12/15/20 | 001008 | New York State Department of Taxation & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany NY 12205-0300 | Claim 000002A, Payment 82.24% | 5800-000 | | 80,123.80 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 106,327.00 | 106,327.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 106,327.00 | 106,327.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 106,327.00 | 106,327.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********0540 | 106,327.00 | 106,327.00 | 0.00 |
| | 106,327.00 | 106,327.00 | 0.00 |

Page Subtotals  0.00  95,235.00

Ver: 22.02h

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 820-70162 -AST | Trustee Name: | ALLAN B. MENDELSOHN |
| Case Name: | RAPHAEL, KELLEY ANDREE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0540  Checking Account |
| Taxpayer ID No: | 85-6276626 | | |
| For Period Ending: | 01/30/21 | Blanket Bond (per case limit): | $ 42,742,595.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 22.02h

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*