| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kelley Andree Raphael <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3242 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of New York | |
| Case number: | 8–20–70162–ast | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Allan B. Mendelsohn (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Alan S. Trust <br>
United States Bankruptcy Judge

Dated: February 12, 2021

**BLfnld7** [Final Decree 7 rev 12/01/15]