# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 2/12/2021 |
| Case: 8−20−70162−ast | Form ID: 205 | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Allan B. Mendelsohn | amendelsohn@amendelsohnlaw.com |
| aty | Alex E. Tsionis | atsionis@ajrlawny.com |
| aty | Fred S Kantrow | fkantrow@thekantrowlawgroup.com |
| aty | Paris Gyparakis | pgyparakis@rosenpc.com |
| aty | Sanford P Rosen | srosen@rosenpc.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Kelley Andree Raphael | 1517 Broadway | Hewlett, NY 11557 | |
| aty | Rosen & Kantrow, PLLC | 38 New Street | Huntington, NY 11743 | |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza    Central Islip, NY 11722−4437 |

TOTAL: 3