```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------
In re:

KELLEY ANDREE RAPHAEL,
fka Kelley Andree Stubbs
dba A Writer's Anointed Ink LLP
dba Autosource 1 Inc.,                         Chapter 7
                                               Case No. 20-70162 (AST)
                                    Debtor.
----------------------------------------------------------------X
```

## ORDER REOPENING CASE FOR A LIMITED PURPOSE SET FORTH HEREIN

**UPON** the motion (the "Motion") of the Debtor, Kelley Andree Raphael ("Movant"), for entry of an order pursuant to 11 U.S.C. § 350(b) and FED. R. BANKR. P. 5010, reopening the above captioned case for the limited purpose to permit the Debtor to file a motion to avoid judicial lien of Citizens Bank, N.A. ("Citizens") pursuant to 11 U.S.C. § 522(f); and there having been no opposition thereto; and it appears that notice of the Motion was good and sufficient, and no opposition to the Motion was filed with the Court; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that pursuant to 11 U.S.C. § 350(b) and FED. R. BANKR. P. 5010, the Motion is granted; and it is further

**ORDERED,** that the above captioned case is hereby reopened for the limited purpose set forth herein; and it is further

**ORDERED,** that no Chapter 7 Trustee need be appointed in this reopened case; and it is further

**ORDERED,** that Movant be permitted to file a motion to avoid judicial lien of Citizens Bank pursuant to 11 U.S.C. § 522(f); and it is further

**ORDERED,** that upon this Order becoming a final order of the Court, this case may be re-closed without further Order of this Court, upon the earlier of (a) thirty days after entry of this Order or (b) after Movant files the motion under 11 U.S.C. §522(f), as permitted pursuant to this Order.

**Dated: May 27, 2021**
**Central Islip, New York**

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**