# Notice Recipients

District/Off: 0207−8  User: admin  Date Created: 5/28/2021
Case: 8−20−70162−ast  Form ID: pdf000  Total: 45

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          LoanCare, LLC
cr          Automotive Finance Corp.
                                                                        TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee        USTPRegion02.LI.ECF@usdoj.gov
tr          Allan B. Mendelsohn          amendelsohn@amendelsohnlaw.com
aty         Alex E. Tsionis              atsionis@ajrlawny.com
aty         Donna L Thompson             donna.thompson@dlthompsonlaw.com
aty         Ehret Anne Van Horn          ecfnotices@grosspolowy.com
aty         Fred S Kantrow               fkantrow@thekantrowlawgroup.com
aty         Paris Gyparakis              pgyparakis@rosenpc.com
aty         Sanford P Rosen              srosen@rosenpc.com
                                                                        TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Kelley Andree Raphael        1517 Broadway        Hewlett, NY 11557
acc         Gary R Lampert, CPA          100 Merrick Road        Suite LL−1W        Rockville Centre, NY 11570
aty         Rosen & Kantrow, PLLC        38 New Street        Huntington, NY 11743
9779678     ALLY FINANCIAL               P.O. BOX 380903        MINNEAPOLIS, MN 55438−0903
9779679     AMERICAN EXPRESS             43 BUTTERFIELD CIRCLE        EL PASO, TX 79906
9779680     AUTOSOURCE I, INC.           1225 FRANKLIN AVENUE, STE 325        GARDEN CITY, NY 11530
9770448     Ally Bank                    6985 Union Park Center, S        Midvale, UT 84047
9779714     Ally Bank                    P.O. Box 380903        Minneapolis, MN 55438−0903
9796227     Ally Bank                    PO Box 130424        Roseville, MN 55113−0004
9770449     Automotive Finance Corp.     13085 Hamilton Xing. Blvd        Ste 300        Carmel, IN 46032
9836967     Automotive Finance Corporation    11299 N. Illinois St.        Carmel, IN 46032
9770450     Bank of America, N.A.        P.O. Box 15019        Wilmington, DE 19886−5019
9770451     Barclays                     P.O. Box 13337        Philadelphia, PA 19101−3337
9770452     Capital One                  P.O. Box 71083        Charlotte, NC 28272−1083
9770453     CitiCards                    Processing Center        Des Moine, IA 50363−0005
9779715     Citibank N.A.                241 Broadway        Amityville, NY 11701
9770454     Citizens Bank N.A.           1 Citizens Drive, ROP30B        Riverside, RI 02915
9779681     DISCOVER BANK                P.O. BOX 8003        HILLIARD, OH 43026
9802525     DL THOMPSON LAW, PC          Attorney for AUTOMOTIVE FINANCE CORP.        PO Box 679        Allenwood, NJ 08720
9779682     ELAN FINANCIAL SERVICES      800 NICOLLET MALL        MINNEAPOLIS, MN 55402
9770455     Fidelity                     900 Salem Street        Smithfield, RI 02917
9770456     Fleetway Leasing Co.         336 West Street Rd.        Feasterville−Trevose, PA 19053
9770457     GM Financial, Inc.           4001 Embarcadero Drive        Arlington, PA 76014
9770458     JPMorgan Chase Bank, N.A.    Bankruptcy Records Center        700 Kansas Lane        Monroe, LA 71203−4774
9770459     LoanCare LLC                 P.O. Box 37628        Philadelphia, PA 19101−0628
9773859     LoanCare, LLC                Gross Polowy, LLC        1775 Wehrle Drive, Suite 100        Williamsville, New York 14221
9779716     NYC Department of Finance    1 Centre Street, Fl. 22        New York, NY 10007
9770461     NYS Tax Commission           Special Procedures Sec.        Albany, NY 12227
9806592     New York State Department of Taxation & Finance        Bankruptcy Section        P O Box 5300        Albany New York 12205−0300
9770460     NextGear Capital Inc.        1320 City Center Drive        Carmel, IN 46032
9836292     NextGear Capital, Inc.       1320 City Center Drive, Suite 100        Carmel, IN 46032
9770462     Synchrony Bank               170 Election Road        Ste 125        Draper, UT 84020
9829281     U.S. Bank NA dba Elan Financial Services        Bankruptcy Department        PO Box 108        St. Louis MO 63166−0108
9828454     Verizon        by American InfoSource as agent        PO Box 4457        Houston, TX 77210−4457
9770463     Wells Fargo Bank, N.A.       P.O. Box 11758        Newark, NJ 07101−4758
                                                                        TOTAL: 35