UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

KELLEY ANDREE RAPHAEL,

  fka Kelley Andree Stubbs
  dba A Writer's Anointed Ink LLP
  dba Autosource 1 Inc.
                       Debtor.

Chapter 7

Case No. 20–70162 (AST)

## ORDER AVOIDING JUDICIAL LIEN PURSUANT TO 11 U.S.C. § 522(f)

Upon the motion (the "**Motion**")[1] [Doc. No. 64] of Kelley Andree Raphael (the "**Debtor**"), by her counsel, Rosen & Associates, P.C., for the entry of an order, pursuant to 11 U.S.C. § 522(f), Rule 4003(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 9013-1 of the Local Bankruptcy Rules for the Eastern District of New York (the "**Local Rules**"), avoiding the judicial lien of Citizens Bank, N.A.; and the Court having jurisdiction to consider and determine the Motion as a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue of this proceeding being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and this Motion having come before the Court by presentment on March 19, 2021, and there being no opposition to the Motion; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED**, that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED**, that the Judicial Lien of Citizens, recorded with the Clerk of the County of Nassau, State of New York, on August 31, 2016 in the amount of $56,221.38 is hereby avoided as a lien of record against the Debtor's property located at 1517 Broadway, Hewlett NY 11557; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**ORDERED**, that the Clerk of Nassau County is hereby directed to index and record a certified copy of this Order as an instrument avoiding the Judicial Lien of Citizens as a lien of record against the Debtor's property located at 1517 Broadway, Hewlett NY 11557.



| | |
|---|---|
| **Dated: June 30, 2021** | _____ |
| **Central Islip, New York** | **Alan S. Trust** |
| | **Chief United States Bankruptcy Judge** |